UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Reham Ahmed,

     Plaintiff,

                                 CASE NO.:8:17-cv-02056-VMC-JSS

-vs-

Enhanced Recovery Company, LLC,

     Defendant.

_____/

## **STATUS REPORT**

Plaintiff Reham Ahmed submits the following Status Report pursuant to the Court's order dated October 2, 2017 at Docket No. 7:

On October 4, 2017, at 8:47 a.m., service was effected on Defendant Enhanced Recovery Company, LLC. Gaston Process Service served the Complaint and Summons in a Civil Action on Donna Moch as Senior Corporate Operations Manager at 1200 South Pine Island Rd, Plantation, FL 33324. Return of Service will filed separately immediately upon receipt.

Respectfully submitted,

*s/Patrick W. Maloney*
_____
  Patrick W. Maloney, Esquire
  Florida Bar No. 0101131
  Patrick@BrandonRafool.com
  William Peerce Howard, Esquire
  Florida Bar No. 0103330
  Billy@TheConsumerProtectionFirm.com
  Amanda J. Allen, Esquire
  Florida Bar No. 98228
  Amanda@TheConsumerProtectionFirm.com
  The Consumer Protection Firm, PLLC
  210 A South MacDill Avenue
  Tampa, FL 33609
  Tele:  (813) 500-1500
  Fax:  (813) 435-2369

_____
Attorneys for Plaintiff