## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

REHAM AHMED,

       Plaintiff,

                              CASE NO: 8:17-cv-02056-VMS-JSS

v.

ENHANCED RECOVERY COMPANY, LLC,

       Defendants.

_____/

## NOTICE OF APPEARANCE OF RICHARD D. RIVERA AS ADDITIONAL COUNSEL FOR DEFENDANT

COMES NOW Richard D. Rivera, of the law firm of Smith, Gambrell & Russell, LLP, and hereby gives notice of his appearance as additional counsel on behalf of Defendant Enhanced Recovery Company, LLC and requests that copies of all pleadings, notices, orders and other papers in this cause be henceforth provided to the undersigned as additional counsel for Defendant.

                                        **SMITH, GAMBRELL & RUSSELL, LLP**

                                        */s/ Richard D. Rivera*
                                        Scott S. Gallagher
                                        Florida Bar No. 0371970
                                        Email: ssgallagher@sgrlaw.com
                                        Richard D. Rivera
                                        Florida Bar No. 108251
                                        Email: rrivera@sgrlaw.com
                                        50 North Laura St, Suite 2600
                                        Jacksonville, FL 32202
                                        (904) 598-6111
                                        (904) 598-6211 fax
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Patrick W. Maloney, Esq.
William Peerce Howard, Esq.
Amanda J. Allen, Esq.
The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Patrick@BrandonRafool.com
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

                                                       */s/ Richard D. Rivera*
                                                          Attorney